IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) FELIX COTTO-ORTIZ<br>A/K/A Dr. Cotto (Counts 1 to 6)<br>2) JOSE MURATI-SEPULVEDA<br> a/k/a Chiqui (Counts 1 to 6)<br>3) EDUARDO LASALVIA-PRISCO<br>a/k/a Dr. Lasalvia (Counts 1 to 6)<br>4) LAURA ALBERTINI-FOSSA<br>a/k/a Dr. Albertini (Counts 1 to 6)<br>5) SYLVIA CUCCHI<br>a/k/a Dr. Cucchi (Counts 1 to 6)<br>**6) RUBEN OTERO-LOPEZ**<br>a/k/a Dr. Otero (Counts 1 to 6)<br>7) JORGE NAZARIO-CORTEZ<br>a/k/a Dr. Nazario (Counts 1, 4 and 6)<br>Defendants | CRIMINAL 07-0075CCC |

**O R D E R**

Having considered the Report and Recommendation filed on September 24, 2007 (**docket entry 109**) on a Rule 11 proceeding of defendant Rubén Otero-López held before Magistrate Judge Marcos E. López on September 20, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Rubén Otero-López is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 20, 2007. The **sentencing hearing is set for January 29, 2008 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on October 5, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge