# United States District Court

FOR THE __ **DISTRICT OF** __PUERTO RICO__

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

**RUBEN OTERO-LOPEZ, a/k/a "Dr. Otero"**

CRIMINAL NO: 07- 75 (CCC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RUBEN OTERO-LOPEZ, a/k/a "Dr. Otero"** and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment    _ Information  __ Complaint  _ Order of court   _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

the defendant herein, knowingly and willfully conspired with others to defraud an agency of the United States in any manner and any purpose, to wit, defendants agreed to impair, obstruct, and defeat the lawful function of the Federal Food and Drug Administration by interfering with its lawful function of regulating the interstate distribution of drugs; and to that effect at least one of the defendants mentioned above did an act to effect the object of the conspiracy, in violation of Title 18, United States Code, Sections 371, 1343, 1349, 982 and Title 21, United States Code, Sections 33 f(d) and 333(a)(2)

Bruce J. McGivern
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

2/28/07  San Juan, PR
Date and Location

Bail fixed at $ 50,000 — by Hon. Bruce McGivern (US Magistrate Judge)
Name of Judicial Officer

100% surety

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received<br>2/28/07<br>Date of Arrest<br>3/1/07 | Name and Title of Arresting Officer<br>RALPH LULKIN<br>RAIC | Signature of Arresting Officer<br>Ralph Lulkin |

AO 442 (Rev. 12/85) Warrant for Arrest