IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) FELIX COTTO-ORTIZ<br>A/K/A Dr. Cotto (Counts 1 to 6)<br>2) JOSE MURATI-SEPULVEDA<br> a/k/a Chiqui (Counts 1 to 6)<br>3) EDUARDO LASALVIA-PRISCO<br>a/k/a Dr. Lasalvia (Counts 1 to 6)<br>4) LAURA ALBERTINI-FOSSA<br>a/k/a Dr. Albertini (Counts 1 to 6)<br>5) SYLVIA CUCCHI<br>a/k/a Dr. Cucchi (Counts 1 to 6)<br>**6) RUBEN OTERO-LOPEZ**<br>a/k/a Dr. Otero (Counts 1 to 6)<br>7) JORGE NAZARIO-CORTEZ<br>a/k/a Dr. Nazario (Counts 1, 4 and 6)<br>Defendants | CRIMINAL 07-0075CCC |

**O R D E R**

Having considered the Motion for Early Release From Probation filed by defendant Ruben Otero-López on April 30, 2010 (**docket entry 198**), the Government's Response filed on May 13, 2010 (docket entry 200) and the Motion in Response to Court Order filed by the U.S. Probation Officer on May 17, 2010 (**docket entry 201**), which is NOTED, defendant's Motion is GRANTED.  Accordingly, the term of probation of defendant Rubén Otero-López is terminated effective immediately and he is discharged from supervision pursuant to 18 U.S.C. §3564(c).

SO ORDERED.

At San Juan, Puerto Rico, on May 20, 2010.

S/CARMEN CONSUELO CEREZO
United States District Judge